**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| STEVEN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  1:25-cv-01380-JPH-TAB |
| ) | |
| COMPREHENSIVE CORRECTIONAL ) | **JURY TRIAL DEMANDED** |
| CARE, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT HAMILTON COUNTY SHERIFF'S OFFICE'S**
**ANSWER AND AFFIRMATIVE DEFENSES**

The Defendant, Hamilton County Sheriff's Office, by counsel, answers the Plaintiff's Complaint as follows:

Consistent with Fed. R. Civ. P. 8(b), the Defendant denies all factual allegations that Plaintiff has asserted, except that Defendant admits that this Court has jurisdiction over the Plaintiff's claims.

**AFFIRMATIVE DEFENSES**

1. Defendant is entitled to all common law and statutory exemptions, exceptions, and immunities available to it under state and federal law.

2. Plaintiff failed to exhaust his administrative remedies under the Prison Litigation Reform Act.

3. Plaintiff has failed to state a claim for which relief may be granted.

WHEREFORE, Defendant, Hamilton County Sheriff's Office, by counsel, respectfully requests the Court enter judgment in its favor, that Plaintiff take

nothing by way of his Complaint, for costs of this action, and for all other just and proper relief in the premises.

## JURY TRIAL DEMAND

Under FED. R. CIV. P. 38, Defendant respectfully demands a trial by jury.

Respectfully submitted,

**HAMILTON COUNTY LEGAL DEPARTMENT**

By: */s/ Adam S. Willfond*
Adam S. Willfond, 31565-49
Assistant County Attorney
One Hamilton County Square, Suite 306
Noblesville, IN 46060 | 317.776.8487
adam.willfond@hamiltoncounty.in.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served on all persons listed below, by United States mail, first-class postage prepaid, on November 26, 2025:

Steven Williams
#42338
HAMILTON COUNTY JAIL
18102 Cumberland Road
Noblesville, IN 46060

By: */s/ Adam S. Willfond*
Adam S. Willfond, 31565-49