UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:25-cv-01380-JPH-TAB |
| ) | |
| ABBY Nurse -- Grievance Respondent -- Medical ) | |
| Grievance, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER DIRECTING PLAINTIFF TO UPDATE ADDRESS**

Plaintiff filed this civil rights action on July 10, 2025. Dkt. 1. The Court advised Plaintiff that he had a duty to update his address "[w]ithin ten (10) days of any change, while this action remains pending[.]" Dkt. 3. The Court's last orders to Plaintiff were returned as undeliverable. Dkts. 25, 26. The Court takes judicial notice of the Hamilton County Jail's website, which reflects that Plaintiff is no longer incarcerated at the Jail. *See* Hamilton County Sheriff's Office, "Lookup Current Inmates," https://www.hamiltoncounty.in.gov/609/Lookup-Current-Inmates (last visited Jan. 6, 2026). Plaintiff has not contacted the Court to provide an updated address since his release.

Plaintiff has **through January 27, 2026**, to file a notice of updated address with the Court. If he fails to do so by this deadline, this action may be dismissed without prejudice for failure to prosecute. Because Plaintiff has not filed a notice of updated address, a copy of this Order cannot be mailed to him. The clerk shall provide a copy upon request.

**SO ORDERED.**

Date: 1/6/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

STEVEN WILLIAMS
No Address Reported- Clerk to Provide Copy Upon Request

Sean Thomas Devenney
DREWRY SIMMONS VORNEHM, LLP (Carmel)
sdevenney@dsvlaw.com

Melanie A. Kalmbach
DREWRY SIMMONS VORNEHM, LLP (Carmel)
mkalmbach@dsvlaw.com

Adam Scott Willfond
Hamilton County Legal Department
adam.willfond@hamiltoncounty.in.gov